# COMPOSITE EXHIBIT A

## Noah Storch

| | |
|---|---|
| **From:** | Noah Storch |
| **Sent:** | Saturday, March 10, 2018 4:27 PM |
| **To:** | Chris Kleppin |
| **Cc:** | Elethia Sinclair |
| **Subject:** | Re: Suarez, Melanie v Moonlite Diner and Lambros Kokinelis : Conferral - Final - Tax Returns |

Chris - you also filed a motion to compel my client's deposition, but failed to advise the court that we told you we want our client deposed and that I tried to engage with you regarding same. Again, you have misrepresented the facts to the court and failed to accurately state the facts. This is consistent with what has occurred. We will advise the court and attach the correspondence confirming that both motions are baseless.

As stated below, we want to proceed with depositions (without ambush and on an equal playing field). As requested, let me know how you wish to proceed so we can get depositions set.

Regards,

**Noah E. Storch, Esq.**
Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free: 866-344-9243 X 106
Fax: 954-337-2771
Email: Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

On Mar 10, 2018, at 4:21 PM, Noah Storch <Noah@floridaovertimelawyer.com> wrote:

> Chris - you just filed a motion to compel tax returns after I told you I had received them from my client, and specified that I would be producing them. You did not attach the correspondence indicating that, which I asked you to do. We are going to advise the court and show that your motion is baseless. This is unacceptable and is consistent with the manner in which you have conducted yourself during this case. You have failed to represent the facts to the court.
>
> Regards,
>
> **Noah E. Storch, Esq.**
> Partner, Celler Legal
> 7450 Griffin Road, Suite 230
> Davie, Florida 33314
> Toll Free: 866-344-9243 X 106
> Fax: 954-337-2771
> Email: Noah@floridaovertimelawyer.com
> Website: www.floridaovertimelawyer.com
>
> On Mar 10, 2018, at 2:35 PM, Noah Storch <Noah@floridaovertimelawyer.com> wrote:
>
>> Chris - there is no stunt - this is very serious - as you know, unless the parties agree to magistrate jurisdiction, there can be no magistrate jurisdiction. How can I force

1

magistrate jurisdiction? It is impossible. If you'd like to move for an extension of the deadlines, we are happy to join in. Whatever you would like, magistrate or extension, let me know and we are happy to discuss and join in (assuming realistic requests).

Why are you moving to compel my client's deposition when we have been very clear that we want her to sit for deposition and are happy to discuss deposition scheduling? That is very clear in all of the correspondence. You are moving to compel something I have agreed to? Please make sure you attach this correspondence confirming we want to have our client deposed and want to get depositions of your folks set as well. Please make sure you advise the magistrate that this will be the second time you have unilaterally set my client for deposition and that we have agreed to work with you to reschedule all depositions (all of which had to be rescheduled due to your conduct, as well as your clients'). I want to be very clear - we want to get back to the merits and without any further delay or ambush from Defendants or counsel. Let me know what you have in mind as far as the extension, which is what you claim to have offered.

As far as the tax returns, I have confirmed receipt of 2013, 2014, 2015, and 2017 and will be sending those to you no later than Monday (sooner is my hope). There is nothing to compel. We will seek fees and costs for engaging in frivolous motion practice. Please govern yourself accordingly.

Again, we are happy to get back to the merits, without ambush. We want to get depositions set and want to get this case in front of a jury.

Let me know how you wish to proceed to get there.

Regards,

**Noah E. Storch, Esq.**
Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free: 866-344-9243 X 106
Fax: 954-337-2771
Email: Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

On Mar 10, 2018, at 2:26 PM, Chris Kleppin <ckleppin@gkemploymentlaw.com> wrote:

> Noah,
>
> I am not going to address all of this now, but we looked at the documents for 5 minutes. They are all the same. There was no detailed review. One day is the same or similar to any other day.
>
> It is clear to me that this was all a stunt to force magistrate jurisdiction. We are setting the Plaintiff's deposition and moving to compel same in an abundance of caution, and filing the Motion to Compel Tax Returns.
>
> Very truly yours,

Chris Kleppin, Esquire
<image001.jpg>
Glasser & Kleppin
8751 W. Broward Boulevard, Suite 105
Plantation, FL 33324
(954) 424-1933
(954) 474-7405 (fax)
E-mail: ckleppin@gkemploymentlaw.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein or entity named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us and permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

**From:** Noah Storch [mailto:Noah@floridaovertimelawyer.com]
**Sent:** Saturday, March 10, 2018 1:41 PM
**To:** Chris Kleppin
**Cc:** Elethia Sinclair
**Subject:** Re: Suarez, Melanie v Moonlite Diner and Lambros Kokinelis : Conferral - Final - Tax Returns

Chris - i have reviewed the motion and it completely mischaracterizes what actually occurred and fails to indicate why there was a 700 page document dump the day before the depositions (it also fails to comply with Judge Snow's requirements). While you claim to have agreed to extend discovery or move the depositions after that happened, that is simply false and a complete misrepresentation to the court. The documents are clear and we are filing our reply highlighting that. Failing to provide documents despite the many many requests, and the late document dump completely prejudiced the Plaintiff. There was no serious mistake. It is also seriously concerning to me that you represented to me during the call that you and your clients had the opportunity to conduct an in-depth review of the documents before producing them.

We are more than happy to produce our client for deposition. We've wanted to. But we are not going to be ambushed, which is what happened.

I'm happy to move back to the merits. But, you've failed to respond to the inquiry regarding magistrate jurisdiction. Once you do that, we can figure out deposition schedules. And, even though I requested the depositions first, I am happy to produce my client first. We have nothing to hide.

I look forward to hearing from you. This shouldn't have happened if there was compliance with the rules.

Regards,

**Noah E. Storch, Esq.**
Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free: 866-344-9243 X 106
Fax: 954-337-2771
Email: Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

On Mar 10, 2018, at 1:25 PM, Chris Kleppin <ckleppin@gkemploymentlaw.com> wrote:

> I think you need to review my response to your motion, as it simply speaks for itself, and describes precisely what occurred, and shows that your motion was completely unnecessary and to seek sanctions against me and my clients under the circumstances was a serious mistake on your part. Give me dates, and let's get the depositions taken.
>
> Chris Kleppin, Esquire
> <image001.jpg>
> Glasser & Kleppin
> 8751 W. Broward Boulevard, Suite 105
> Plantation, FL 33324
> (954) 424-1933
> (954) 474-7405 (fax)
> E-mail: ckleppin@gkemploymentlaw.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein or entity named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us and permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

---

**From:** Noah Storch [mailto:Noah@floridaovertimelawyer.com]
**Sent:** Saturday, March 10, 2018 1:23 PM
**To:** Chris Kleppin
**Cc:** Elethia Sinclair
**Subject:** Re: Suarez, Melanie v Moonlite Diner and Lambros Kokinelis : Conferral - Final - Tax Returns

Chris - I am following up again with you.

Regards,

**Noah E. Storch, Esq.**

4

Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free:  866-344-9243 X 106
Fax: 954-337-2771
Email:  Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

On Mar 9, 2018, at 5:39 PM, Noah Storch <Noah@floridaovertimelawyer.com> wrote:

> Chris - I never heard back from you on the below issues. I await your response.
>
> Regards,
>
> **Noah E. Storch, Esq.**
> Partner, Celler Legal
> 7450 Griffin Road, Suite 230
> Davie, Florida 33314
> Toll Free:  866-344-9243 X 106
> Fax: 954-337-2771
> Email:  Noah@floridaovertimelawyer.com
> Website: www.floridaovertimelawyer.com
>
> On Mar 9, 2018, at 2:59 PM, Noah Storch <Noah@floridaovertimelawyer.com> wrote:
>
>> Chris – we were forced to file a motion for protective order and for sanctions, seeking fees and costs as a result of your clients' and your actions. Approximately 700 pages of relevant information was provided to us at 3:30 pm the day before my client was to be deposed at 9:30. If you'd like to have a discussion about all of the issues and come to a conclusion so that we can get back to the merits, I am all for it. If you would, please

5

prepare a notice of consent to magistrate, let's get it filed and then we can move for a joint extension of discovery.

Regards,

### Noah E. Storch, Esq.
Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free: 866-344-9243 X 106
Fax: 954-337-2771
Email: Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

**From:** Chris Kleppin [mailto:ckleppin@gkemploymentlaw.com]
**Sent:** Friday, March 9, 2018 2:57 PM
**To:** Noah Storch <Noah@floridaovertimelawyer.com>
**Cc:** Elethia Sinclair <esinclair@gkemploymentlaw.com>
**Subject:** RE: Suarez, Melanie v Moonlite Diner and Lambros Kokinelis : Conferral - Final - Tax Returns

Noah,

I ask that you withdraw the motion. We have already stated at last 8 times that we agree to extend discovery so the depositions could be taken, given the scheduling in the case. There is nothing

6

to protect, as the date of the deposition came and went. The filing of a motion for protective order does not stop a deposition.

Very truly yours,


Chris Kleppin, Esquire
<image001.jpg>
Glasser & Kleppin
8751 W. Broward Boulevard, Suite 105
Plantation, FL 33324
(954) 424-1933
(954) 474-7405 (fax)
E-mail: ckleppin@gkemploymentlaw.com

This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein or entity named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us and permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

---

**From:** Noah Storch [mailto:Noah@floridaovertimelawyer.com]
**Sent:** Friday, March 09, 2018 2:55 PM
**To:** Chris Kleppin
**Cc:** Elethia Sinclair
**Subject:** RE: Suarez, Melanie v Moonlite

7

Diner and Lambros Kokinelis : Conferral - Final - Tax Returns

Chris – As you know, we filed a motion for protective order. I am in mediation and am happy to confer with you on these issues. Please let me know when you are available for a call next week.

My suggestion is that we consent to trial before Judge Snow or move for a 60 day enlargement of all deadlines. I am happy to work with you on all issues and to see if they can be streamlined and to get back to the merits.

Regards,

## Noah E. Storch, Esq.

Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free: 866-344-9243 X 106
Fax: 954-337-2771
Email: Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

**From:** Chris Kleppin [mailto:ckleppin@gkemploymentlaw.com]
**Sent:** Friday, March 9, 2018 2:45 PM
**To:** Noah Storch <Noah@floridaovertimelawyer.com>
**Cc:** Elethia Sinclair

8

<esinclair@gkemploymentlaw.com>
**Subject:** RE: Suarez, Melanie v Moonlite Diner and Lambros Kokinelis : Conferral - Final - Tax Returns

Noah,

This is also to confer with you on the filing of a Motion for Default under Rule 37(d) for the Plaintiff's failure to appear at the deposition, even though she is a party. We obtained a CNA.

Very truly yours,


Chris Kleppin, Esquire
<image001.jpg>
Glasser & Kleppin
8751 W. Broward Boulevard, Suite 105
Plantation, FL 33324
(954) 424-1933
(954) 474-7405 (fax)
E-mail:
ckleppin@gkemploymentlaw.com

**This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein or entity named above and may contain legally privileged and/or confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us**

and permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.

---

**From:** Noah Storch [mailto:Noah@floridaovertimelawyer.com]
**Sent:** Friday, March 09, 2018 1:44 PM
**To:** Chris Kleppin
**Cc:** Elethia Sinclair
**Subject:** Re: Conferral - Final - Tax Returns

Hi Chris - I am in mediation. I will certainly look into this and get you documents you are entitled to. In addition, if you'd like my client to execute a release limited to the documents you want, we have no objection. If you'd like to confer about the issues before the court, and the case, let me know.

Regards,

**Noah E. Storch, Esq.**
Partner, Celler Legal
7450 Griffin Road, Suite 230
Davie, Florida 33314
Toll Free: 866-344-9243 X 106
Fax: 954-337-2771
Email: Noah@floridaovertimelawyer.com
Website: www.floridaovertimelawyer.com

On Mar 9, 2018, at 1:35 PM, Chris Kleppin <ckleppin@gkemploymentlaw.com> wrote:

> Noah,

10

We are going to compel the Plaintiff's tax returns at this point, along with other documents that you agreed to produce in Plaintiff's Response to 1st Production Request, but which you have not provided. I thought I would reach out one last time.

Very truly yours,

Chris Kleppin, Esquire

Glasser & Kleppin
8751 W. Broward Boulevard, Suite 105
Plantation, FL 33324
(954) 424-1933
(954) 474-7405 (fax)
E-mail: ckleppin@gkemploymentlaw.com

**This e-mail, and any attachments thereto, is intended only for use by the addressee(s) named herein or entity named above and may contain legally privileged and/or**

confidential information. If you are not the intended recipient of this e-mail, you are hereby notified that any dissemination, distribution or copying of this e-mail, and any attachments thereto, is strictly prohibited. If you have received this e-mail in error, please immediately notify us and permanently delete the original and any copy of any e-mail and any printout thereof. Thank you.