UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60888-CIV-DIMITROULEAS/Snow

MELANIE SUAREZ, on behalf of herself and others
similarly situated,

      Plaintiff,

v.

MOONLIGHT DINER II, INC., a Florida corporation,
and LAMBROS KOKKINELIS, individually,

      Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendants' Motion to Compel Discovery Pursuant to Defendants' First Request for Production of Documents (ECF No. 19), which was referred to Lurana S. Snow, United States Magistrate Judge.  The motion is ripe for consideration.

This is an action for unpaid minimum and overtime wages pursuant to the Fair Labor Standards Act ("FLSA").  Defendants' Request for Production 7 asked Plaintiff to produce her federal income tax returns from 2013 to present.  Plaintiff produced responsive documents, which did not include her tax returns.  According to Plaintiff, during conferral, and before Defendants filed the instant motion, she confirmed receipt of tax documents for the years 2013-2017, which she stated she would produce.  She also offered to execute an IRS release.  Based upon this representation, the undersigned entered an order directing Defendants to advise what issues, if any, remain for resolution by the Court.  (ECF No. 26)  In response to the Court's Order, Defendants' counsel states that he has provided Plaintiff's counsel with an IRS Form 4506-T, and trusts that Plaintiff will execute it.  Being fully advised, it is hereby

ORDERED AND ADJUDGED that Defendants' Motion to Compel Discovery Pursuant to Defendants' First Request for Production of Documents (ECF No. 19) is DENIED,

without prejudice to renew, should Plaintiff fail to execute the IRS release.

    DONE AND ORDERED at Fort Lauderdale, Florida, this 19th day of March, 2018.

                       */s/ Lurana S. Snow*
                       LURANA S. SNOW
                       UNITED STATES MAGISTRATE JUDGE

Copies to:
All Counsel of Record and Pro Se Parties