UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-60888-CIV-DIMITROULEAS

MELANIE SUAREZ, on behalf of herself,
and others similarly situated,

    Plaintiff,

vs.

MOONLITE DINER II, INC., a Florida Profit
Corporation, and LAMBROS KOKKINELIS,
individually,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND DISMISSAL WITH PREJUDICE

THIS CAUSE having come before the Court upon the parties' Joint Motion [DE 29], filed on April 4, 2018. The Court has carefully considered the Joint Motion, the Settlement Agreement attached thereto, and is otherwise fully advised in the premises.

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. The parties' Settlement Agreement [DE 29] at pp. 4-12 is hereby **APPROVED**.

2. This case is **DISMISSED with prejudice**; and

3. The Clerk shall **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of April, 2018.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of record